

U.S. Department of Justice

United States Attorney
Eastern District of New York

SMS
F. #2024R00494

271 Cadman Plaza East
Brooklyn, New York 11201

**25-MJ-4498-REID**

December 9, 2025

By E-mail

Jose Figueroa
Bureau of Prisons
Register No. 86611-509

FILED BY ___BM___ D.C.

Dec 30, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re:   Grand Jury Subpoena Advice of Rights

Dear Mr. Figueroa:

The Grand Jury is conducting an investigation of possible violations of Federal criminal laws involving a murder at the Metropolitan Detention Center in Brooklyn, New York in June 2024, in violation of Title 18, United States Code, Section 1111(a), among other crimes.

The Grand Jury consists of sixteen to twenty-three persons from the Eastern District of New York. It is their responsibility to inquire into federal crimes that may have been committed in this District. Only the members of the Grand Jury, attorneys for the United States and a court reporter are permitted in the Grand Jury room while you testify.

You are hereby advised that you are a subject of the Grand Jury's investigation. You may refuse to answer any questions if a truthful answer to the question would tend to incriminate you. Anything that you do say may be used against you by the Grand Jury or in a subsequent legal proceeding. If you have retained counsel, the Grand Jury will permit you a reasonable opportunity to step outside the Grand Jury room to consult with counsel if you so desire.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   *Sophia Suarez*
Sophia M. Suarez
Assistant U.S. Attorney
(718) 254-7484

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __25-MJ-4498-REID__

IN RE: GRAND JURY INVESTIGATION

_____/

FILED BY __BM__ D.C.

Dec 30, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES OF AMERICA'S NOTICE OF FILING OF MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the attached Target Letter, on behalf of the United States of America for the Eastern District of New York, in relation to Defendant Jose Figueroa, Bureau of Prisons Register Number 86611-509, so that a Report Re: Counsel may be scheduled before the Duty United States Magistrate Judge. See Target Letter (attached hereto as Exhibit 1).

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/Katherine W. Guthrie
      Katherine W. Guthrie
      Assistant United States Attorney
      Court ID No. A5502786
      99 NE 4th Street,
      Miami, Florida 33132
      Tel: (305) 961-9117
      Katherine.Guthrie@usdoj.gov

2

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM-ECF this 23rd day of December 2025.

/s/ Katherine W. Guthrie
KATHERINE W. GUTHRIE
Assistant United States Attorney